NEAL S. ZASLAVSKY (SBN 277543)
　neal@nszlegal.com
KAREN I. SHANBROM (SBN 227321)
　karen@nszlegal.com
**LAW OFFICE OF NEAL S. ZASLAVSKY,**
**A PROFESSIONAL CORPORATION**
8335 Sunset Boulevard, Suite 202
West Hollywood, California 90069
Telephone: (323) 389-1881
Facsimile: (323) 389-1885

*Attorneys for Plaintiffs*


SCOTT D. CUNNINGHAM (SBN 200413)
　scunningham@condonlaw.com
MICHELLE RAHBAN (SBN 315025)
　mrahban@condonlaw.com
**CONDON & FORSYTH LLP**
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

*Attorneys for Defendant*
*AEROVIAS DEL CONTINENTE AMERICANO S.A.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN GOMEZ**, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**AVIANCA, INC.**, et al.,<br><br>　　　　Defendants. | Case No. CV 18-9024-GW-MRWx<br><br>**ORDER ON STIPULATION TO DISMISS COMPLAINT *WITH PREJUDICE* AS TO EACH DEFENDANT AND ALL CLAIMS FOR RELIEF**<br><br>Complaint Filed: October 19, 2018 |

**WHEREAS**, Plaintiffs first filed their original Complaint against **AVIANCA, INC.**, a New York corporation; **AEROVÍAS DEL CONTINENTE AMERICANO, S.A.** doing business as Avianca and Avianca Airlines, a Colombian corporation; **TACA INTERNATIONAL AIRLINES, S.A.**, formerly known as Transportes Aereos del Continente Americano and doing business as Avianca El Salvador and TACA Airlines, a Salvadorian corporation; **AVIANCA HOLDINGS, S.A.**, a Colombian corporation; **SYNERGY GROUP CORP.,** a Brazilian corporation; and **DOES 1 through 10** inclusive on October 19, 2018, stating therein causes of action for Breach of Contract and Conversion;

**WHEREAS**, Fed. R. Civ. P. 41(a)(1)(A)(i) permits a Plaintiff to voluntarily dismiss a Complaint upon notice as to any party which has not yet appeared, and indeed on December 19, 2018, the Plaintiffs previously filed a notice of dismissal *without prejudice* as to Defendants **AVIANCA, INC.**; **TACA INTERNATIONAL AIRLINES, S.A.; AVIANCA HOLDINGS, S.A.**; and **SYNERGY GROUP CORP.** (see Docket No. 20); and

**WHEREAS**, Plaintiffs now wish to dismiss those Defendants *with prejudice*.

**FURTHERMORE, WHEREAS**, Fed. R. Civ. P. 41(a)(1)(A)(ii) permits a Plaintiff to voluntarily dismiss a Complaint after a responsive pleading has been filed upon "a stipulation of dismissal signed by all parties who have appeared;"

**WHEREAS**, Defendant Aerovías del Continente Americano, S.A. answered and raised certain affirmative defenses to the Complaint on November 15, 2018 (see Docket No. 13) and as such has appeared; and

**WHEREAS**, counsel for the parties have met and conferred in good faith to confidentially resolve all issues, if any, raised by the Complaint; and

**WHEREAS,** the parties have agreed that a dismissal *with prejudice* as to all Defendants and all causes of action is in the best interests of justice and thus are

willing to stipulate to a full dismissal of the action, with each party to bear its own costs;

NOW, THEREFORE,

**IT IS HEREBY ORDERED** that the entire action, as to all Defendants and as to all claims for relief, is and shall be dismissed *with prejudice* as to all Defendants and as to all claims for relief, with each party to bear its own costs.

Dated: February 5, 2019

By: /s/ George H. Wu

Hon. George H. Wu,
United States District Judge